# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MATTHEW BARDIN**
**ADC # 139896**                                                                **PLAINTIFF**

v.                         No. 5:12-cv-266-DPM

**CURTIS MEINZER, Warden,**
**Varner Super Max, ADC;**
**JAMES BANKS, Warden,**
**Varner Unit, ADC; and RAY**
**HOBBS, Director, ADC**                                                        **DEFENDANTS**

### ORDER

Plaintiff Matthew Bardin has moved to dismiss this case voluntarily. *Document No. 6.* His motion is granted. Bardin's claims are dismissed without prejudice. The Clerk is directed to close the case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2012