## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MATTHEW BARDIN
ADC # 139896                                                  PLAINTIFF

v.                              No. 5:12-cv-266-DPM

CURTIS MEINZER, Warden,
Varner Super Max, ADC;
JAMES BANKS, Warden,
Varner Unit, ADC; and RAY
HOBBS, Director, ADC                                         DEFENDANTS

### JUDGMENT

Bardin's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_21 August 2012_