IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MATTHEW BARDIN
ADC # 139896                                                                PLAINTIFF

v.                          No. 5:12-cv-266-DPM

CURTIS MEINZER, Warden,
Varner Super Max, ADC;
JAMES BANKS, Warden,
Varner Unit, ADC; and RAY
HOBBS, Director, ADC                                                     DEFENDANTS

JUDGMENT

Bardin's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 August 2012